La Salle Mortgage and Discount Company, Appellee, v. Continental Illinois National Bank and Trust Company of Chicago, Trustee, et al., Appellees. Vera De Sambad, Appellant.

Gen. No. 40,476.

opinion filed March 11, 1941; rehearing denied March 27, 1941. Frederic Ullmann, for appellant; West & Eckhart, for certain appellee; Maurice L. Davis, for certain other appellee; John Neal Campbell and Maurice L. Davis, of counsel. Opinion by JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''